UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11CV247-RJC

| | |
|---|---|
| ROBERT DEMETIOUS PARKS JR., )<br>  )<br> Petitioner, )<br>  )<br> v. )<br>  )<br> ROY COOPER, )<br>  )<br> Respondent. )<br> _____ ) | O R D E R |

**THIS MATTER** is before the Court on Petitioner's Petition Under 28 U.S.C. § 2254 for Habeas Corpus (Doc. No. 1). In reviewing Petitioner's Petition, the Court notes that Petitioner did not pay the $5.00 filing fee required by 28 U.S.C. § 1914(a) or file an Application to Proceed In Forma Pauperis. The Clerk of Court informed Petitioner by letter dated September 30, 2011 of this deficiency and advised that Petitioner should either pay the filing fee or complete an Application to Proceed In Forma Pauperis, which the Clerk enclosed, as soon as possible. (Doc. No. 2). However, the Clerk did not give Petitioner a time frame within which to pay the filing fee or to submit the Application. Therefore, the Petitioner shall pay the $5.00 filing fee or submit the Application to Proceed In Forma Pauperis no later than twenty (20) days from the date of this Order. Failure to pay the $5.00 filing fee or submit the Application within this time may result in dismissal of this action.

**IT IS THEREFORE, ORDERED** that no later than twenty (20) days from the filing of this Order, Petitioner shall remit his $5.00 filing fee or Application to Proceed In Forma Pauperis to the Court. Failure to either pay the $5.00 filing fee or remit the Application within twenty

1

(20) days may result in dismissal of this action.

Signed: October 7, 2011

Robert J. Conrad, Jr.
Chief United States District Judge