| | | |
|---|---|---|
| ROBERT DEMETIOUS PARKS JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROY COOPER, | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** comes before the Court upon the Petitioner's Petition under 28 U.S.C. § 2254 For Writ of Habeas Corpus. (Doc. No. 1).

The Court has considered the Petition and determined that the Respondent should file an answer. Rules Governing § 2254 Cases, Rule 5(a), 28 U.S.C.A. foll. § 2254. Accordingly, Respondent will be directed to file an answer to the claims in this Petition. The Respondent is directed to include a discussion as to whether Petitioner's Petition is timely under the Antiterrorism and Effective Death Penalty Act and whether Petitioner has satisfied the exhaustion requirement of 28 U.S.C. § 2254(b). However, Respondent should not limit the answer to the timeliness and exhaustion analysis.

**IT IS, THEREFORE, ORDERED** that no later than forty (40) days from the filing of this Order, the Attorney General for the State of North Carolina shall file an answer to Petitioner's allegations.

1

Signed: November 29, 2011

Robert J. Conrad, Jr.
Chief United States District Judge