# United States District Court
## For The Western District of North Carolina
## Asheville Division

Demetrius L. Parks,

                Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                    1:11cv247

Joel Herron,
Administrator, Scotland Correctional Inst.

                Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/7/12 Order.

Signed: August 7, 2012

*Frank G. John*

Frank G. Johns, Clerk
United States District Court