# United States District Court
# For The Western District of North Carolina
# Asheville Division

Demetrius L. Parks,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            1:11cv247

Joel Herron,
Administrator, Scotland Correctional Inst.

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/7/12 Order.

Signed: August 7, 2012

Frank G. Johns, Clerk
United States District Court